IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO: 24- |
| v. | : | DATE FILED: October 10, 2024 |
| HARRY DALLAS a/k/a "Harry Davis" | : | VIOLATIONS: 18 U.S.C. § 2251(a), (e) (manufacture of |
| | : | child pornography – 3 counts) Notice of Forfeiture |
| | : | Notice of Sentencing Enhancement |

## INDICTMENT

## COUNTS ONE AND TWO

THE GRAND JURY CHARGES THAT:

On or about June 27, 2023, each series of images listed below constituting a

separate offense, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**HARRY DALLAS,**
**a/k/a "Harry Davis,"**

employed, used, persuaded, induced, enticed and coerced Minor 1, a child who had not attained

the age of 18 years and who is known to the Grand Jury, to engage in sexually explicit conduct

for the purpose of producing a visual depiction of that conduct, and the visual depiction was

transmitted and produced using materials that had been mailed and shipped and transported in

and affecting interstate and foreign commerce.

| Count | Description of Images |
|---|---|
| ONE | Image file labeled IMG_4125.HEIC, created at approximately 8:17 a.m.; and video file labeled IMG_4126.MOV, created at approximately 8:17 a.m., with duration of 5 minutes and 33 seconds. |

1

| TWO | Video file labeled IMG_4132.MOV, created at approximately 10:49 a.m., with duration of 24 minutes and 8 seconds. |
|-----|-----|

In violation of Title 18, United States Code, Section 2251(a), (e).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 28, 2023, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

**HARRY DALLAS,**
**a/k/a "Harry Davis,"**

employed, used, persuaded, induced, enticed and coerced Minor 1, a child who had not attained

the age of 18 years and who is known to the Grand Jury, to engage in sexually explicit conduct

for the purpose of producing a visual depiction of that conduct, and the visual depiction, that is,

an image file labeled IMG_4147.HEIC, was transmitted and produced using materials that had

been mailed and shipped and transported in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 2251(a), (e).

3

## NOTICE OF SENTENCING ENHANCEMENT

**THE GRAND JURY FURTHER CHARGES THAT:**

1.      On November 30, 2022, defendant HARRY DALLAS waived prosecution by indictment and was convicted by his plea of guilty to an information filed by the United States Attorney, in Criminal Number 22-188, of possession with intent to distribute of 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A); maintaining a drug-involved premises, in violation of 21 U.S.C. § 856(a)(2); possession of a firearm by a felon, in violation of 18 U.S.C. § 922(g)(1); and possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A).

2.      By Court Order dated November 30, 2022, defendant HARRY DALLAS was released on bail pending sentence, pursuant to Title 18, United States Code, Section 3143, and was notified of the potential effect of committing an offense while under the supervision of United States Pretrial Services pending sentence.

3.      Between or about June 27 and June 28, 2023, while on release pending sentencing, defendant HARRY DALLAS employed, used, persuaded, induced, enticed and coerced Minor 1, a child who had not attained the age of 18 years and who is known to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, and the visual depiction was transmitted and produced using materials that had been mailed and shipped and transported in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 2251(a), (e).

In violation of Title 18, United States Code, Section 3147(1).

4

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

1.       As a result of the violations of Title 18, United States Code, Section 2251(a), as set forth in this indictment, defendant

**HARRY DALLAS,**
**a/k/a "Harry Davis,"**

shall forfeit to the United States of America:

(a)       any visual depiction, or any film, videotape, or other matter which contains any child pornography, which was produced, transported, mailed, shipped, or received as a result of such violations as charged in the indictment;

(b)       any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such violations; and

(c)       any property, real or personal, used or intended to be used to commit or to promote the commission of such violations, including, but not limited to:

      (1)       One Apple iPhone cellular telephone bearing IMEI number 354918097067339; and

      (2)       One Apple iPhone cellular telephone bearing IMEI number 353009116874706.

2.       If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a)       cannot be located upon the exercise of due diligence;

(b)       has been transferred or sold to, or deposited with, a third party;

(c)       has been placed beyond the jurisdiction of the Court;

(d)       has been substantially diminished in value; or

(e)     has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

All pursuant to Title 18, United States Code, Section 2253.

**A TRUE BILL:**

**JACQUELINE C. ROMERO**
**United States Attorney'**

6

*No.* _____

# UNITED STATES DISTRICT COURT

*Eastern District of Pennsylvania*

*Criminal Division*

THE UNITED STATES OF AMERICA

vs.

HARRY DALLAS,
a/k/a "Harry Davis"

INDICTMENT

Counts

18 U.S.C. § 2251(a)
(manufacture of child pornography – 3 counts)
Notice of forfeiture
Notice of sentencing enhancement

